**26 CV 1564**

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

*FILED
JUL 3 0 2026
ANDREW W. MOELLER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY*

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. WILLIAM CHRISTOPHER WILSON III / Prisoner #: 156131A

2.

-VS-

**B.    Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. NIAGARA COUNTY JAIL

2. NIAGARA COUNTY SHERIFF'S DEPARTMENT

3. SERGEANT KRATZ

4. OFFICER CARPENTER

5. OFFICER PAIGE

6. OFFICER SCOTT SMITH

(MORE DEFENDANT(S) ON SEPERATE SHEET OF PAPER)

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: WILLIAM CHRISTOPHER WILSON III / PRISONER #: 156131A

Present Place of Confinement & Address: NIAGARA COUNTY JAIL, 5526 NIAGARA STREET EXT., LOCKPORT, NEW YORK, 14095

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: NIAGARA COUNTY JAIL

(If applicable) Official Position of Defendant:

(If applicable) Defendant is Sued in [＿＿] Individual and/or [✗] Official Capacity

Address of Defendant: 5526 NIAGARA STREET EXT., LOCKPORT, NEW YORK, 14095

Name of Defendant: NIETHE (CLASSIFICATION OFFICER)

(If applicable) Official Position of Defendant: CLASSIFICATION

(If applicable) Defendant is Sued in [✓] Individual and/or [✗] Official Capacity

Address of Defendant: 5526 NIAGARA STREET EXT., LOCKPORT, NEW YORK, 14095

Name of Defendant: NIAGARA COUNTY SHERIFF'S DEPARTMENT

(If applicable) Official Position of Defendant:

(If applicable) Defendant is Sued in [＿＿] Individual and/or [✗] Official Capacity

Address of Defendant:

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes [＿＿]   No [✗]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):

Defendant(s):

2.    Court (if federal court, name the district; if state court, name the county):

3.    Docket or Index Number:

4.    Name of Judge to whom case was assigned:

2

CON CAPTION OF ACTION
B. FULL NAME OF DEFENDANT(S)

1-B.) 7. NIETHE (CLASSIFICATION OFFICER) 8. CAROLINE A. WOJTASZEK 9. CAPTAIN WILT

10. NEW YORK STATE   11. SHERIFF MICHAEL J. FILICETTI

3.) PARTIES TO THIS ACTION

Defendant's Information

SERGEANT KRATZ

"SERGEANT" / Individual and Official Capacity

OFFICER CARPENTER

"OFFICER" / Individual and Official Capacity

OFFICER PAIGE

"OFFICER" / Individual and Official Capacity

OFFICER SCOTT SMITH

"OFFICER" / Individual and Official Capacity

CAROLINE A. WOJTASZEK

"JUDGE" / Individual and Official Capacity

SHERIFF MICHAEL J. FILICETTI

"HEAD SHERIFF" / Individual and Official Capacity

Con't — 3.) PARTIES TO THIS ACTION

Defendant's — NEW YORK STATE

Information      Official Capacity

CAPTAIN WILT

"CAPTAIN" / Individual Capacity and Official Capacity

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes ☐  No ☐

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

        ☐ Dismissed (check the box which indicates why it was dismissed):

            ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

            ☐ By court for failure to exhaust administrative remedies;

            ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

            ☐ By court due to your voluntary withdrawal of claim;

        ☐ Judgment upon motion or after trial entered for

            ☐ plaintiff

            ☐ defendant.

B.    Have you begun **any other lawsuits in federal court which relate to your imprisonment?**

    Yes ☐   No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.    District Court:_____

3.    Docket Number:_____

4.    Name of District or Magistrate Judge to whom case was assigned:_____

    _____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

        Is it still pending?  Yes ☐  No ☐

            If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

☐ Dismissed (check the box which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

☐ By court for failure to exhaust administrative remedies;

☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff

☐ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) May 9, 2026 ,

defendant (give the **name and position held** of **each defendant** involved in this incident) Niagara County Jail, Officer Niethe (classification), Niagara County Sheriff's Department, Officer Kratz (Sergeant), Ofc. Carpenter, Officer Paige, Officer Scott Smith, Caroline A. Wojtaszek (Judge), Michael J. Filicetti (Head Sheriff), New York State

did the following to me (briefly state what each defendant named above did): They placed me into Pod 3 and Pod 2 in Niagara County Jail, after (I requested "keepaway" safety blocks) —To officer Paige, in February/January against Rojae Mitchell, and Marvin Porter (Inmates), whom are charged with murder charges for murdering/murder for hire my biological brother, Anthony Brantley (I was recklessly and callously housed in Pod 3) with inmate —By Ofc. Carpenter, forged signature also Rojae Mitchell in April of 2026, and my signature to sign out of "Protective Custody" was forged, and I was threatened/forced to move or I "would be disciplined". Weeks after I survived Pod 3, I was again (forced/threatened to re-house to Pod 2) where Marvin Porter was housed. A couple weeks —By Ofc. Kratz and Ofc. Scott Smith after, I was attacked by Marvin Porter, causing me to get staples in my rear-side head, temporary brain-dead. I went into a "vegetable state" for a minute or two. Paralyzed, unconscious, and then came back to life, and transported to Lockport medical.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Cruel and Unusual Punishment; Failure To Protect; Eighth Amendment; Fourteenth Amendment; Equal Protection; Due Process Clause; State-Created Danger; Property Rights; Personal Rights

The relief I am seeking for this claim is (briefly state the relief sought): Three Million Dollars ($3,000,000.00)

## Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? [✓] Yes [ ] No  If yes, what was the result? They denied any relief, and deemed it "non-appealable".

Did you appeal that decision? [ ] Yes [✗] No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) _____ ,

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? [      ] Yes [      ] No   If yes, what was the result? _____

_____

Did you appeal that decision? [      ] Yes [      ] No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am simply requesting a monetary relief of Three Million United States Dollars ($3,000,000.⁰⁰) to compensate for me actually losing my life, coming back to consciousness from a concussion/brain-dead, having to get surgery on the back of my scalp, and causing me PTSD, plus furthermore, IF I had responded violently to their reckless moves (for entertainment in my opinion) I could've harmed the other inmates, costing them their lives and my freedom, making my matters worse. These were intentional acts of evil.

Do you want a jury trial?  Yes [X]  No [  ]

6

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___July 27, 2026_____
                        (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

_____

                                Signature(s) of Plaintiff(s)

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Niagara County Jail/Correctional Facility    Housing Location: B-Block

Name of Inmate: Wilson, William Christopher    Grievance #: 26-322
#: 156131

**Brief Description of the Grievance** (*Submitted by the grievant within 5 days of occurrence*)
Number of Sheets Attached (3)

Pg. 1/3

Good day. I was told to contact Chief Soess about a few issues. First, about waiving the surcharges I've recieved from ticket (Hearing log # 2026-1115). Paonessa told me to explain to you that I volunteered, and got confirmation from him to stay in the box for 30 days, in peace, in order to clear my mind after the jail made an accident by housing me with 2 seperate inmates that are currently your

**Action requested by the grievant** (*Submitted by the grievant within 5 days of occurrence*):
Number of Additional Sheets Attached (1)

I would like for at least my surcharges waived for (hearing log #: 2026-1115, and 2026-1003B). I feel my request is fair at the moment in order to continue to afford commisary during my stay at Niagera County Jail/Correctional Facili ... I cause NO problems and usually use around $100/mo on Commisary. I need grace please.

Grievant Signature: _____    Date/Time Submitted: 06/05/26 05:15pm

Receiving Staff Signature: _____    Date/Time Received: 6/5/26

Investigation Completed by: Capt. Wilt    Date Completed: 6/9/26

**Decision of the Grievance Coordinator**    Number of Sheets Attached ( )
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☒ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐ Grievance Accepted
☐ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Per. 7032.2(a) Dispositions, surcharges and sanctions resulting from disciplinary hearings and administrative segregation housing decisions shall not be the subject of a grievance. This is a Non-grievable issue

Signature of the Grievance Coordinator: Capt. _____    Date: 6/9/26

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)

Pg.2/3

... charged with murdering my brother, Anthony Brantley. I made aware to Officer Page that there are two inmates charged for the murder currently in custody, so I need "keepaways" on them in order to move around the jail during my trial. It was confirmed that there were keepaways put in, until I was moved from I-Block to Pod 3, and was introduced to inmate #1 charged, (Mitchell, Rojae). I kept the peace even though I was confused unto why the officers told me the coast was clear to move because he went "upstate". After a couple of weeks I was upruptly moved by Sgt. Kratz to Pod 2. I told him that inmate #2 charged, (Porter, Marvin) is in Pod 2, and there was supposed to be a keepaway. He threatened to write me up if I didn't pack up and move, so I obeyed the request to prevent a problem with the facility, even though I was skeptical on why there wasn't a keepaway like promised. During transport to Pod 2 from Pod 3, Ofc. Smith said "I don't know why they're moving you to these units Knowing that, "you know who" are in here. Trust, they know." So I just trusted God on it, until 2 weeks later I got assaulted/fought by inmate #2 (Porter, Marvin), putting both of our lives in danger. (Hearing log #2026-1003B) Not only was my 8th Amendment violated (Failure To Protect), but I had to go to the Emergency Room at Lockport Medical to get staples in my head, after I went brain-dead for a minute, and I got charged for "fighting" and charged another $25 surcharge

Pg. 3/3

I explained all of this to Sgt. Fiaco also, and he encouraged me to write this as well.

I asked to remain in the box out of good faith and good will, in order to maintain peace during these abnormal times of my life. It's the best option for me considering circumstances until I'm sentenced on my charges, respectfully, and I politely engaged with Paonessa and LaTona to extend my stay. This is why Paonessa expressed I shouldn't be charged $25 for each of these surcharges because I don't cause problems for the facility, this was to help everyone out. I ask to please consider my request after all I'm going through, including being antagonized by Ofc. Marra during an I-Block strip search, calling me a "murderer! You're going to be in jail for life! You're never leaving." Even though for 1: I'm only charged with Manslaughter... for 2: My dad was not killed, he had an accident while I was the only person home, so I'm being scrutinized, but I didn't do anything to my dad... and for 3: Ofc. Marra also said "the streets talk", meaning he's reading comments on Facebook from the Sheriff's Dept. posting my mugshot. None of this is my fault, Lord Knows.

Hopefully my wish is Granted. Thank You,
Inmate #156131        WILLIAM CHRISTOPHER WILSON
06/05/26

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WILLIAM CHRISTOPHER WILSON III (PRISONER#: 156131A)

## DEFENDANTS
NIAGARA COUNTY SHERIFF'S DEPARTMENT; NIAGARA COUNTY JAIL; SERGEANT KRATZ; OFFICER CARPENTER; OFFICER PAIGE; OFFICER SCOTT SMITH; OFFICER NIETHE; CAPTAIN CAROLINE A. WOJTASEK; NEW YORK STATE; MICHAEL J. FILICETTI; WILT;

**(b)** County of Residence of First Listed Plaintiff   NIAGARA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   NIAGARA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE - William Christopher Wilson III, PRISONER #: 156131A, NIAGARA COUNTY JAIL, 5526 NIAGARA STREET EXT., 14095 LOCKPORT, NEW YORK

Attorneys *(If Known)*

**26 CV 1564**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | | ☐ 840 Trademark / ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983, CIVIL RIGHTS ACTION
Brief description of cause: Equal Protection; Due Process Clause; State-Created Danger; Property + Personal Rights Violation; Cruel and Unusual Punishment; Failure To Protect; Eighth Amendment Violation; Fourteenth Amendment Violation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 3,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   July 27, 2026
SIGNATURE OF ATTORNEY OF RECORD   PRO SE / PRISON #: 156131A

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

WILLIAM CHRISTOPHER WILSON III /#156131A
c/o NIAGARA COUNTY JAIL
5526 NIAGARA STREET EXT.
P.O. BOX 496
LOCKPORT, NEW YORK 14095-0496

UNITED STATES DISTRICT COURT
200 U.S. COURTHOUSE
2 NIAGARA SQUARE
BUFFALO, NEW YORK
14202-3498

USDC-WDNY
JUL 3 0 2026
BUFFALO

PURPLE HEART · FOREVER USA

USA ★ FOREVER

JUL 29 2026   BUFFALO P.D.C